DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT L. LOEBEL** and **ROBIN POWERS-LOEBEL,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY,** AS TRUSTEE FOR
NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-2, NOVASTAR
HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-2**,**
Appellee.

No. 4D19-582

[April 16, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaime R. Goodman, Judge; L.T. Case No. 2017CA009604.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale Beach, for appellants.

Vitaliy Kats of Greenberg Traurig, P.A., Tampa, and Kimberly S. Mello of Greenberg Traurig, P.A., Orlando, for Appellee Deutsche Bank National Trust Company.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN, J., and BOKOR, ALEXANDER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***